UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MANUEL ESPINOSA,**
d/b/a Welsh Capital Thoroughbreds

    **Plaintiff,**

v.          Case No. 8:12-cv-02818-T-35AEP

**UNITED STATES GOVERNMENT,**
**COMMONWEALTH OF KENTUCKY, and**
**LOUISVILLE METRO GOVERNMENT**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Proceed *In Forma Pauperis*. (Dkt. 3)  On January 9, 2013, United States Magistrate Judge Anthony E. Porcelli issued a Report and Recommendation, recommending that the Motion be denied, and the Plaintiff's Complaint be dismissed with prejudice.  (Dkt. 11)  Plaintiff timely filed an objection to the Report and Recommendation on January 23, 2013.  (Dkt. 13)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert</u>. <u>denied</u>, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which

-2-

specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects, except that the complaint will be dismissed without prejudice. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 11) is **CONFIRMED** and **ADOPTED** as part of this Order;
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 3) is **DENIED**;
3. Plaintiff's Complaint (Dkt. 1) is **DISMISSED**; and
4. The **CLERK** is directed to **TERMINATE** all pending motions and **CLOSE** the case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of February 2013.

Copies furnished to:
Counsel of Record
Any Unrepresented Party

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE